**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **THOMAS HARRY BRAY**,<br><br>Plaintiffs,<br><br>vs.<br><br>**LELAND BEAMER, MARK PATTON, CHRISTOPHER DIGUILIO, BENNETTE NORTON, PATRICK MANEY, PATRICK O'HANLEY, GARTH GULICK, WARREN ROBERTS, JOYCE FAULSTICH, MICHELE DAVIES, TINA HAZEN, MARILYN MENDOZA, JOE BUGHER, JENNIFER QUICK, HAILEY COLEMAN, BERG, JUDETT ORTIZ, REBECCA STIFF, KATRINA MEYNIG, STONE, SCHLIES, NEWTON, and THE STATE OF OREGON;**<br><br>Defendants. | Case No. 3:23-cv-00631-CL<br><br>STIPULATED MOTION AND ORDER FOR LIMITED DISMISSAL OF DEFENDANTS MARK PATTON, CHRISTOPHER DIGUILIO, BENNETTE NORTON, JOYCE FAULSTICH, JOE BUGHER, JENNIFER QUICK, AND HAILEY COLEMAN ONLY |

**STIPULATION**

Plaintiff Thomas Bray ("Plaintiff") and Defendants Mark Patton, Christopher Diguilio, Bennette Norton, Joyce Faulstich, Joe Bugher, Jennifer Quick, and Hailey Coleman, through their undersigned attorneys, stipulate that the claims by Plaintiff against Defendants Mark Patton, Christopher Diguilio, Bennette Norton, Joyce Faulstich, Joe Bugher, Jennifer Quick, and Hailey Coleman should be dismissed with prejudice and without attorney fees or costs to either party.

This is a limited dismissal as to Defendants Mark Patton, Christopher Diguilio, Bennette Norton, Joyce Faulstich, Joe Bugher, Jennifer Quick, and Hailey Coleman only.

IT IS SO STIPULATED:

| | |
|---|---|
| DATED: March 26, 2025 | DATED: March 26, 2025 |
| LEVI MERRITHEW HORST PC | OREGON DEPARTMENT OF JUSTICE |
| s/ Ethan Levi<br>**Ethan Levi**, OSB No. 994255<br>Attorney for Plaintiff Thomas Bray | s/ Natalie Fisher<br>**Natalie Fisher**, OSB No. 223995<br>Attorney for Mark Patton, Christopher Diguilio, Bennette Norton, Joyce Faulstich, Joe Bugher, Jennifer Quick, and Hailey Coleman |

ORDER APPROVING STIPULATION

This matter having come before the Court on the Stipulation of Plaintiff Thomas Bray and Defendants Mark Patton, Christopher Diguilio, Bennette Norton, Joyce Faulstich, Joe Bugher, Jennifer Quick, and Hailey Coleman, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims by Plaintiff Thomas Bray against Defendants Mark Patton, Christopher Diguilio, Bennette Norton, Joyce Faulstich, Joe Bugher, Jennifer Quick, and Hailey Coleman are hereby dismissed with prejudice and without attorney fees and costs to either party.

DATED: 3/28/25

_____
MARK D. CLARKE
United States Magistrate Judge